IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:13-CR-00002-001 (CAR) |
| **MACKEE SMITH** | |

### ORDER

The Court has reviewed and carefully considered the defendant's pending Motion for Modification of Sentence, Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. 49), based on retroactive Amendment 782 to the *United States Sentencing Guidelines*. The *Guidelines* address the defendant's request to reduce the revocation potion of his sentence at USSG § 1B1.10, comment. (n.7) and specifically exclude revocation sentences from being reduced by Amendment 782.

Accordingly, the defendant's motion is **DENIED**.

SO ORDERED this **26** day of **June**, 2022.

C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT